Leo M. Doody, as Commissioner of Public Welfare of Albany County, Respondent, v. Valentine Sobiesky, Appellant.— Order of filiation unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

The People of the State of New York ex rel. Guaranty Trust Company of New York, as Successor Trustee, under a Trust Indenture, Dated May 5, 1927, of Common Stock Trust Shares Series " A," Relator, v. Thomas M. Lynch and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

Prosper Attanasio, an Infant, by Antonio Attanasio, His Guardian ad Litem, Respondent, v. Walter E. Bush, Appellant. Antonio Attanasio, Respondent, v. Walter E. Bush, Appellant.— Orders setting aside verdicts reversed, on the law and facts, with costs in one action, and verdicts reinstated. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

D. C. Dow, Jr., Respondent, v. Thomas Horton, Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

Catherine Drums, as Administratrix, etc., of Patrick J. Kilroy, Deceased, Respondent, v. The John Hancock Mutual Life Insurance Company of Boston, Mass., Appellant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur. The court reverses findings of facts numbered second and third, and the finding of fact numbered second among the conclusions of law; and makes a new finding of fact, that the deceased, Patrick J. Kilroy, was not in sound health on July 29, 1931, at the time the policy was written, and that he had within thirty days been treated at a hospital for the disease from which he died.

John Coryer, as Administrator, etc., of Dennis Coryer, Deceased, Respondent, v. Henry B. Carter, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

Fred E. Warner, Respondent, v. Amelia Warner, Appellant.— Order unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

Musetta Routledge, Appellant, v. Winifred H. Ogden Cressman and First National Bank and Trust Company of Elmira, as Executors, etc., of Frank C. Ogden, Deceased, and Winifred H. Ogden Cressman, Personally, Respondents.— Order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.